IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

LUCAS PALACIOS ALVARADO            PETITIONER

VS.            CIVIL ACTION NO. 5:23cv78-DCB-FKB

SHAWN GILLIS            RESPONDENT

## REPORT AND RECOMMENDATION

Lucas Palacios Alvarado filed this habeas action in the Southern District of New York seeking release from ICE detention. The case was subsequently transferred to this Court. Presently before the Court is a motion to dismiss filed by Petitioner's New York counsel. Counsel is not admitted to practice in this district, and the motion is not signed by Petitioner. Nevertheless, it is clear from the motion and from information obtained by the undersigned from Petitioner's counsel that Petitioner has recently been deported to Honduras. Accordingly, the undersigned recommends that this action be dismissed as moot.

The parties are hereby notified that failure to file written objections to the proposed findings, conclusions, and recommendation contained within this report and recommendation within fourteen (14) days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the proposed factual findings and legal conclusions accepted by the district court. 28 U.S.C. § 636; Fed. R.

Civ. P. 72(b); *Douglass v. United Services Automobile Ass'n*, 79 F.3d 1415, 1428-29 (5th Cir. 1996).

    Respectfully submitted, this the 19th day of February, 2024.

                                                          s/ F. Keith Ball
                                                          United States Magistrate Judge